IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr52

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| TICO BYNUM ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant to alter the facility to which he was designated by the Bureau of Prisons (BOP) for service of his sentence. (Doc. No. 15).

At sentencing, the Court granted the defendant's requests that the Court recommend placement at a facility as close as possible to Charlotte and that he be allowed to self-report when designated by the BOP. (Doc. No. 13: Judgment). The defendant now complains that the BOP has designated him to a facility in Virginia that is farther away from Charlotte than a facility in South Carolina. (Doc. No. 15: Letter motion). The defendant is not entitled to placement at the facility of his choice, and there are no grounds to question the BOP's administrative decision.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED.

If, however, it is a financial hardship for the defendant to self-report to the facility in Virginia, he may surrender himself at the United States Marshals Service in the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, by **noon** on the date required by the BOP.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: May 16, 2008

Robert J. Conrad, Jr.
Chief United States District Judge